# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| THETA IP, LLC § | |
| § | CIVIL NO: |
| vs. § | WA:20-CV-00160-ADA |
| § | |
| SAMSUNG ELECTRONICS CO., LTD., § | |
| SAMSUNG ELECTRONICS AMERICA, | |
| INC., SAMSUNG ELECTRONICS | |
| AMERICA, INC., SAMSUNG | |
| ELECTRONICS CO., LTD., THETA IP, LLC | |

## ORDER CANCELLING JURY SELECTION AND TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **JURY SELECTION AND TRIAL** on **Monday, January 10, 2022 at 01:30 PM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 10th day of January, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE