# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| THETA IP, LLC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | Civil Action No.:  WA:20-CV-00160-ADA <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY PENDING FINAL SETTLEMENT

Plaintiff Theta IP, LLC ("Theta") and Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. ("Samsung"), by and through their undersigned counsel, provide notice that the Parties reached an agreement in principle to settle all claims of the instant proceeding.  The Parties expect to finalize the agreement and jointly move to dismiss the case within sixty days.

The parties therefore seek a sixty-day stay of all proceedings and deadlines (up to and including March 18, 2022).  The requested stay is not sought for delay, but so that justice may be served, and the final terms of an agreement memorialized and carried out.

Dated:  January 17, 2022                                       Respectfully submitted,

| | |
|---|---|
| */s/ Denise M. De Mory* | */s/ Ruffin B. Cordell* |
| Denise M. De Mory (*pro hac vice*) | Melissa R. Smith |
| California State Bar No. 168076 |  (State Bar No. 24001351) |
| Henry C. Bunsow (*pro hac vice*) | James T. Underwood (State Bar No. 24102587) |
| California State Bar No. 60707 | GILLAM & SMITH, LLP |
| Aaron R. Hand (*pro hac vice*) | 303 South Washington Avenue |
| California State Bar No. 245755 | Marshall, Texas 75670 |
| Corey Johanningmeier (*pro hac vice*) | Telephone: (903) 934-8450 |
| California State Bar No. 251297 | melissa.gillamsmithlaw.com |
| Hillary Bunsow (*pro hac vice*) | |
| California State Bar No. 278719 | Ruffin B. Cordell (DC Bar No. 459780) |
| Michael Flynn-O'Brien (*pro hac vice*) | Michael J. McKeon (NY Bar No. 2793883) |
| California State Bar No. 291301 | Daniel A. Tishman (DC Bar No. 459780) |
| Bunsow De Mory LLP | Ryan M. Teel (DC Bar No. 1044020) |
| 701 El Camino Real | Matthew Mosteller (CA Bar No. 324808) |
| Redwood City, CA 94063 | FISH & RICHARDSON P.C. |
| (650) 351-7241 telephone | 1000 Maine Avenue, S.W., Suite 1000 |
| (415) 426-4744 facsimile | Washington, DC 20024 |
| ddemory@bdiplaw.com | Telephone: (202) 783-5070 |
| hbunsow@bdiplaw.com | Email: cordell@fr.com; mckeon@fr.com; |
| ahand@bdiplaw.com | tishman@fr.com; teel@fr.com; |
| cjohanningmeier@bdiplaw.com | mosteller@fr.com |
| hillarybunsow@bdiplaw.com | |
| mflynnobrien@bdiplaw.com | Francis J. Albert |
| | (CA Bar No. 247741) |
| ***Attorney in Charge for Plaintiff Theta IP, LLC*** | FISH & RICHARDSON P.C. |
| | 12860 El Camino Real, Suite 400 |
| | San Diego, CA 92130 |
| B. Russell Horton | Telephone: (858) 678-5070 |
| State Bar No. 10014450 | Email: albert@fr.com |
| George Brothers Kincaid & Horton, L.L.P. | |
| 114 West 7th Street, Ste. 1100 | Chet D. Campbell (MA Bar No. 688190) |
| Austin, Texas 78701 | FISH & RICHARDSON PC |
| (512) 495-1400 telephone | One Marina Park Drive |
| (512) 499-0094 facsimile | Boston, MA 02210-1878 |
| rhorton@gbkh.com | Telephone: 617-542-5070 |
| | Email: cycampbell@fr.com |
| ***Attorney for Plaintiff Theta IP, LLC*** | |
| | S. Michael Song (CA State Bar No. 198656) |
| | Michael Joshi (CA State Bar No. 302184) |
| | Madeleine Ball (CA State Bar No. 336923) |
| | *Admitted pro hac vice* |
| | michael.song@dechert.com |
| | michael.joshi@dechert.com |

-2-

madeleine.ball@dechert.com
Dechert LLP
3000 El Camino Real
Five Palo Alto Square, Suite 650
Palo Alto, CA 94036
(650) 813-4800

Martin J. Black (PA State Bar No. 54319)
Derek J. Brader (PA State Bar No. 312513)
*Admitted pro hac vice*
martin.black@dechert.com
derek.brader@dechert.com
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

***Attorneys for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed and received by all counsel of record using the Court's CM/ECF system on January 17, 2022.

*/s/ Denise M. De Mory*
Denise M. De Mory